**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| ABBOTT LABORATORIES and ABBOTT RAPID DX NORTH AMERICA, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> JUSTIN BROWN, <br><br> Defendant. | Case No. 1:20-cv-06211 <br><br> Hon. Edmond E. Chang |

**PRELIMINARY INJUNCTION ORDER**

Plaintiffs' Motion for a Preliminary Injunction (Dkt. 7) is currently pending before the Court. Pursuant to the parties' stipulation, until this Court finally determines the parties' respective rights, it is hereby ORDERED:

1. Defendant shall immediately cease any and all uses of trademarks owned by Abbott Laboratories or Abbott Rapid Dx North America, LLC (collectively, "Abbott"), including ABBOTT and ⊇.

2. Defendant shall immediately cease using the domain abbottdx.com and any email addresses at that domain, including justin.brown@abbottdx.com, and Defendant shall disable the domain abbottdx.com.

3. Defendant shall immediately cease any and all representations or suggestions that he is employed by or otherwise affiliated with Abbott, including in any email address, email signature, or social media profile.

4. Defendant shall immediately return to Abbott his Abbott-issued laptop, mobile device, and tablet, any Abbott paper files or electronically-stored documents, as well as any other Abbott property in his possession.

5. The hearing on Plaintiffs' Motion for a Preliminary Injunction, scheduled for January 13, 2021, at 10:30 a.m., is stricken.

ENTERED THIS 7th day of January, 2021.

*Edmond E. Chang*
Hon. Edmond E. Chang, U.S. District Court Judge
United States District Court for the Northern District of Illinois

2